UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No:　6:18-cv-2194-Orl-22TBS

JOSEPH D. CORNWELL, JR., ROBERT
A. LABELLA, JR., SOMERSET SHORES
HOMEOWNER'S ASSOCIATION, INC.,
DR. PHILIPPS COMMUNITY
ASSOCIATION, INC., ORANGE
COUNTY TAX COLLECTOR and
JOMICO, LLC,

    Defendants.

## ORDER

The Court finds that the United States' Motion for Extension of Deadline to Effect Service of Summons and Complaint (Doc. 20), satisfies the good cause requirement in FED. R. CIV. P. 4(m). Accordingly, the motion is **GRANTED**. The United States has through May 31, 2019 to serve Defendants Joseph Cornwell, Jr., JOMICO, LLC a/k/a JOMICH, LLC, and Robert A. Labella, Jr., as Trustee of the Robert A. Labella Revocable Trust UAD 7-14-97.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2019.

*THOMAS B. SMITH*
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties