UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 6:18-cv-2194-ACC-EJK

JOSEPH D. CORNWELL, JR. ,
ROBERT A. LABELLA, JR. ,
SOMERSET SHORES
HOMEOWNER'S
ASSOCIATION, INC., DR.
PHILIPPS COMMUNITY
ASSOCIATION, INC., ORANGE
COUNTY TAX COLLECTOR,
JOMICO, LLC, GLORIA LA
BELLA, and ROBERT A.
LABELLA, JR. AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF ROBERT
ACCURSIO LABELLA,

    Defendants.
_____

**ORDER**

    This cause is before the Court on Motion to Appeal In Forma Pauperis (Doc. 105) filed on December 15, 2020.

    The United States Magistrate Judge has submitted a report recommending that the Motion be **DENIED**.

- 2 -

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 24, 2021 (Doc. 107) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Appeal In Forma Pauperis is hereby **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 7, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties